IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION


TONY BARNES                                                                                   PLAINTIFF

vs.                                   Civil No. 4:13-cv-04029

CAROLYN COLVIN                                                                           DEFENDANT
Commissioner, Social Security Administration


## JUDGMENT

Comes now the Court on this the 24th day of February 2014, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

    **IT IS SO ORDERED.**

/s/  Barry A. Bryant
HON. BARRY A. BRYANT
U. S. MAGISTRATE JUDGE